**Barbara VASEL, Appellant,**

v.

**Annette ADAMEC, et al., Respondents.**

### ED 103374

Missouri Court of Appeals,
Eastern District,
Division Two.

Filed: June 7, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied July 18, 2016

Application for Transfer Denied September 20, 2016

Dale R. Funk, PO Box 775250, St. Louis, MO 63177, for appellant.

Daniel T. Rabbitt, John H. Marshall, 231 S. Bemiston, Suite 1200, St. Louis, MO 63105, Michael E. McCausland, James S. Putnam, Clinton S. Turley, 9233 Ward Parkway, Suite 270, Kansas City, MO 64114, for respondents.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Barbara Vasel appeals the trial court's judgment in favor of Respondents Annette Adamec and Allstate Insurance Co. We have reviewed the briefs of the parties and the record on appeal, and we conclude the judgment is supported by substantial evidence, is not against the weight of the evidence, and contains no error of law. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2016).